# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Huck, Paul C. | SD-FL | 08/06/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge (Senior) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

90 NE Fourth Street
Miami, Florida 33132

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Faculty | University of Miami |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Miami | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self-employed (retail clothing sales consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. IBERIA BANK (cash) | A | Interest | M | T | | | | | |
| 3. 22 LANTERN LLC CLASS B | A | Distribution | K | U | | | | | |
| 4. 22 LANTERN LLC CLASS C | | None | K | U | | | | | |
| 5. 22 LANTERN LLC CLASS D | | None | K | U | | | | | |
| 6. KENDALL LAKES APTS LLC CLASS B | | None | K | U | | | | | |
| 7. KENDALL LAKES APTS LLC CLASS C | | None | K | U | | | | | |
| 8. KENDALL LAKES APTS LLC CLASS D | | None | K | U | | | | | |
| 9. LAKEHOUSE I LTD | E | Distribution | K | V | | | | | |
| 10. OMAN TRUSTEE-NW 6 LLC | B | Interest | | | Sold | 05/31/19 | L | | |
| 11. OMAN TRUSTEE-WALDIN 5 | A | Interest | J | U | | | | | |
| 12. OMAN TRUSTEE-TR-2 LLC | B | Interest | | | Sold | 05/31/19 | L | | |
| 13. Symetra Life Insurance (X) | C | Interest | K | T | | | | | |
| 14. Account #1 (H) | | | | | | | | | |
| 15. Raymond James Bank Deposit Program (cash) (X) | A | Interest | K | T | | | | | |
| 16. Alphabet Inc Cap Stk Cl A (GOOGL) | | None | L | T | | | | | |
| 17. Alphabet Inc Cap Stk Cl C (GOOG) | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Berkshire Hathaway Inc Cl B (BRK.B) | | None | M | T | | | | | |
| 19. Blackstone Group Inc Com Cl A (BX) | B | Dividend | L | T | Buy | 07/26/19 | K | | |
| 20. | | | | | Buy (add'l) | 11/01/19 | K | | |
| 21. Boeing Company (BA) | B | Dividend | L | T | Buy | 03/15/19 | M | | |
| 22. | | | | | Sold | 11/04/19 | M | | |
| 23. | | | | | Buy | 12/05/19 | L | | |
| 24. Brown Forman Corp Cl B (BF.B) | A | Dividend | L | T | | | | | |
| 25. Cleveland Cliffs Inc (CLF) | A | Dividend | K | T | | | | | |
| 26. Dell Technologies Corporation Class C (DELL) | | None | L | T | Buy (add'l) | 03/07/19 | K | | |
| 27. Energy Recovery Inc (ERII) | | None | K | T | Buy | 11/12/19 | K | | |
| 28. Exxon Mobil Corp (XOM) | C | Dividend | L | T | | | | | |
| 29. Heico Corporation New Class A (HEI.A) | A | Dividend | L | T | | | | | |
| 30. International Business Machines (IBM) | C | Dividend | L | T | Buy | 01/31/19 | L | | |
| 31. JP Morgan Chase & Company (JPM) | B | Dividend | M | T | | | | | |
| 32. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 33. Lauder Estee Companies Incorporated Cl A (EL) | A | Dividend | M | T | | | | | |
| 34. Mastec Inc (MTZ) | | None | L | T | Buy | 08/23/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Microsoft Corporation (MSFT) | B | Dividend | M | T | | | | | |
| 36. Pepsico Inc (PEP) | B | Dividend | L | T | | | | | |
| 37. Progressive Corporation Ohio (PGR) | C | Dividend | L | T | | | | | |
| 38. Raytheon Company Com New (RTN) | B | Dividend | M | T | | | | | |
| 39. Ryder Systems Inc (R) | B | Dividend | L | T | Buy | 01/08/19 | K | | |
| 40. | | | | | Buy<br>(add'l) | 01/31/19 | K | | |
| 41. Starbucks Corporation (SBUX) | A | Dividend | K | T | | | | | |
| 42. Twitter Inc (TWTR) | | None | K | T | Buy | 05/14/19 | K | | |
| 43. Waste Connections Inc (WCN) | A | Dividend | L | T | | | | | |
| 44. Zoetis Inc Class A (ZTS) | A | Dividend | L | T | | | | | |
| 45. Essent Group Limited Bermuda (ESNT) | A | Dividend | L | T | Buy | 03/07/19 | K | | |
| 46. JPMorgan U.S. Government Money Market Fund (JJGXX) | C | Dividend | | | Sold | 06/10/19 | M | | |
| 47. CBS Corporation New Class B (CBS) | A | Dividend | | | Sold | 08/23/19 | K | | |
| 48. Fortive Corporation (FTV) | A | Dividend | | | Sold | 08/15/19 | K | B | |
| 49. Itron Incorporated (ITRI) | | None | | | Sold | 01/24/19 | K | | |
| 50. McCormick & Company Incorporated Com (MKC) | A | Dividend | | | Sold | 01/04/19 | K | E | |
| 51. Account #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. RaymondJames Bank Deposit Program (cash) (X) | A | Interest | L | T | | | | | |
| 53. Altria Group Inc (MO) | B | Dividend | K | T | | | | | |
| 54. Blackstone Group Inc Cl A (BX) | A | Dividend | K | T | Buy | 07/17/19 | K | | |
| 55. Boston Scientific Corporation (BSX) | | None | K | T | Sold (part) | 10/16/19 | K | C | |
| 56. Brown Forman Corp Cl B (BF.B) | A | Dividend | K | T | | | | | |
| 57. Danaher Corporation Del (DHR) | A | Dividend | L | T | | | | | |
| 58. Dell Technologies Inc Class C (DELL) | | None | K | T | | | | | |
| 59. FRP Holdings Incorporation (FRPH) | | None | K | T | | | | | |
| 60. Johnson & Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 61. Lockheed Martin Corporation (LMT) | C | Dividend | M | T | | | | | |
| 62. Mastec Inc (MTZ) | | None | L | T | Buy | 11/29/19 | L | | |
| 63. Microsoft Corporation (MSFT) | B | Dividend | M | T | | | | | |
| 64. Nextera Energy Incorporated (NEE) | C | Dividend | M | T | | | | | |
| 65. Pepsico Incorporated (PEP) | B | Dividend | L | T | | | | | |
| 66. Progressive Corporation Ohio (PGR) | C | Dividend | L | T | | | | | |
| 67. Raytheon Company Com New (RTN) | B | Dividend | M | T | | | | | |
| 68. Waste Connections Inc (WCN) | A | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Monmouth Real Estate Invt Corp Class A (MNR) | A | Dividend | J | T | | | | | |
| 70. Citigroup Inc NTS OID ISIN (172967GT2) | C | Interest | M | T | | | | | |
| 71. Infinity Proerty & Casualty NTS ISIN (45665QAF0) | C | Interest | M | T | | | | | |
| 72. Endurance Specialty Holdings LTD NTS ISIN (614810AB5) | B | Interest | L | T | | | | | |
| 73. Regions Financial Corporation NTS ISIN (7591EPAK6) | B | Interest | L | T | | | | | |
| 74. JPMorgan U.S Government Money Market Fund (JJGXX) | A | Dividend | | | Sold | 06/10/19 | K | | |
| 75. Abbvie Incorporated (ABBV) | C | Dividend | | | Sold | 11/29/19 | L | | |
| 76. BP PLC Sponsored ADR (BP) | B | Dividend | | | Buy | 04/15/19 | K | | |
| 77. | | | | | Sold | 12/16/19 | K | | |
| 78. Itron Incorporated (ITRI) | | None | | | Sold | 01/24/19 | K | | |
| 79. SS&C Technologies Holdings (SSNC) | A | Dividend | | | Buy | 04/15/19 | L | | |
| 80. | | | | | Sold | 08/02/19 | K | | |
| 81. Account #3 (H) | | | | | | | | | |
| 82. Raymond Jame Bank Deposit Program (X) | A | Interest | L | T | | | | | |
| 83. AT&T Inc (T) | | None | L | T | Buy | 11/01/19 | L | | |
| 84. Casella Waste Systems Inc Class A | | None | K | T | Sold (part) | 06/27/19 | K | D | |
| 85. | | | | | Sold (part) | 10/07/19 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cisco Systems Incorporated (CSCO) | B | Dividend | K | T | | | | | |
| 87. Cleveland Cliffs Inc (CLF) (X) | A | Dividend | K | T | | | | | |
| 88. Duke Energy Corp (DUK) | B | Dividend | L | T | Buy | 07/08/19 | K | | |
| 89. Heico Corporation New Cl A (HEI.A) | A | Dividend | L | T | | | | | |
| 90. Mastec Inc (MTZ) | | None | L | T | Buy | 08/23/19 | K | | |
| 91. Nextera Energy Inc (NEE) | B | Dividend | L | T | | | | | |
| 92. Progressive Corporation Ohio (PGR) | B | Dividend | L | T | | | | | |
| 93. Republic SVCS Inc (RSG) | A | Dividend | K | T | Buy | 07/24/19 | K | | |
| 94. Ryder Systems Inc (R) | B | Dividend | L | T | Buy | 01/04/19 | K | | |
| 95. | | | | | Buy (add'l) | 01/31/19 | K | | |
| 96. Twitter Inc (TWTR) | | None | K | T | Buy | 05/02/19 | K | | |
| 97. Yeti Holdings (YETI) | | None | K | T | Buy | 10/17/19 | K | | |
| 98. Essent Group Limited Bermuda (ESNT) | A | Dividend | L | T | Buy | 04/15/19 | K | | |
| 99. Monmouth Real Estate Invt Corp Class A (MNR) | B | Dividend | K | T | | | | | |
| 100. Montgomery Cnty MD Hsg Rev Bds Ser 2018 A (6133495A3) | B | Interest | L | T | | | | | |
| 101. American Intl Group Inc NTS ISIN (026874CX3) | A | Interest | L | T | | | | | |
| 102. Amgen Inc NTS ISIN (031162BD1) | C | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Aspen Insurance Holdings LTD NTS ISIN (04530DAD4) | B | Interest | L | T | | | | | |
| 104. DXC Technology Co NTS ISIN (23355LAA4) | C | Interest | M | T | | | | | |
| 105. Macy's Retail Holdings Inc NTS ISIN (55616XAN7) | C | Interest | M | T | | | | | |
| 106. Wells Fargo & Company MTN ISIN (94974BFN5) | C | Interest | M | T | | | | | |
| 107. JPMorgan U.S Government Money Market Fund (JJGXX) | B | Dividend | | | Sold | 06/10/19 | M | | |
| 108. Abbvie Incorporated (ABBV) | B | Dividend | | | Sold | 07/17/19 | K | | |
| 109. BP PLC Sponsored (BP) | B | Dividend | | | Buy | 02/22/19 | L | | |
| 110. | | | | | Sold | 10/08/19 | L | | |
| 111. CBS Corporation New Class B (CBS) | A | Dividend | | | Sold | 07/08/19 | K | | |
| 112. Itron Incorporated (ITRI) | | None | | | Sold | 01/31/19 | K | | |
| 113. McCormick & Company Incorporated Com (MKC) | A | Dividend | | | Sold | 01/02/19 | K | E | |
| 114. Newell Brands Incorporated (NWL) | | None | | | Sold | 02/22/19 | L | | |
| 115. Qualcomm Inc (QCOM) | | None | | | Buy | 03/28/19 | L | | |
| 116. | | | | | Sold (part) | 04/18/19 | L | C | |
| 117. | | | | | Sold | 05/31/19 | K | C | |
| 118. Account #4 (H) | | | | | | | | | |
| 119. Raymond James Bank Deposit Program (cash) (X) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. JPMorgan U.S. Government Money Market Fund (JJGXX) | A | Dividend | | | Sold | 06/10/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 9: Valuation is based upon the amount of the initial purchase.

Part VII, lines 127, 128, 133, and 134 of the 2018 report are not reportable in this cycle.

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C. | 08/06/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul C. Huck**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544